Chandra Gehri Spencer (SBN 184010)
CHANDRA GEHRI SPENCER, APLC
2625 Townsgate Rd., Suite 330
Westlake Village, CA 91361
Tel: (213) 631-8331
Fax: (888) 422-8027
E-mail: cgs@cgslaw.com

Margaret A. Elder (SBN 177424)
17011 Beach Blvd., Suite 900
Huntington Beach, CA 91647
Tel: (714) 375-6696
Fax: (714) 962-2807
E-mail: margaret@margaretelder.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE GARCIA; et. al., | Case No: 2:13-CV-01911-MMM-AGR |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| GROUP V SAN BERNARDINO, LP; et. al., | |
| Defendants. | |

TO THIS HONORABLE COURT:

The parties participated in a mediation in this matter on November 26, 2013, with the Honorable Alexander Williams III (ret.) of ADR Services. After subsequent negotiations, the parties reached a full settlement of the entire case.

Pursuant to the terms of the settlement agreement, payment is due to Plaintiffs' counsel no later than March 10, 2014. Upon receipt of that payment and clearance of the funds by the bank, as well as Defendants' signatures on the final

1  settlement agreement, Plaintiffs will dismiss this action with prejudice.

2      The parties anticipate that they will be able to submit final disposition

3  documents to the Court no later than April 1, 2014.

4  DATED:  February 7, 2014        CHANDRA GEHRI SPENCER,
                                    A PROFESSIONAL LAW CORPORATION
5

6                                  By:   /s/  Chandra Gehri Spencer
                                         Chandra Gehri Spencer
7                                  Attorneys for Plaintiffs